DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISSETTE JOHANNA BUSTAMANTE JIMENEZ, 2 FAST DELIVERY PROVIDERS, LLC,** and **KEYLA VALBUENA,**
Appellants,

v.

**TROPIX EXPRESS, INC.** and **TROPIXAIR LIMITED,**
Appellees.

No. 4D2024-2376

[June 4, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. 062018CA019130AXXXCE.

Dean Morande and Jesse Dieterle of Carlton Fields, P.A., West Palm Beach, and Nicholas Eduardo Athanas of Carlton Fields, P.A., Atlanta, Georgia, for appellants.

Kavan Vartak and Michael T. Moore of Moore & Company, Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and BURTON, CHARLES E., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***